**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01313-CV

**STEPHEN L. GOODMAN, ET AL., Appellants**

**V.**

**S. LEWIS HILL, ET AL., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-05102-2010**

## ORDER

Before the Court is appellees' November 6, 2013 motion for an extension of time to file a brief. Appellees state that their brief is due on December 2, 2013. Because this is an accelerated appeal, appellees' brief is currently due on November 20, 2013. *See* TEX. R. APP. P. 38.6(b).

Appellees state that the case is scheduled for trial on December 9, 2013 and that the issue in this appeal will be moot following the trial. Accordingly, we **GRANT** appellees' motion **TO THE EXTENT** that appellees shall file, **ON OR BEFORE DECEMBER 10, 2013,** either their brief or a motion to dismiss the appeal as moot.

/s/    DAVID LEWIS
            JUSTICE